AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

| | |
|---|---|
| ALMA RIVERA ALEGRIA, | JUDGMENT IN A CIVIL CASE |
| v. | CASE NUMBER: 1:25-cv-00087 |
| TEXTRON SPECIALIZED VEHICLES, | |

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Order signed December 12, 2025, the Defendant's Motion to Dismiss is granted. This case stands closed.



| | |
|---|---|
| 12/12/2025 | John E. Triplett, Clerk of Court |
| Date | Clerk |
| | *Ann Duke* (signature) |
| | (By) Ann Duke, Deputy Clerk |

GAS Rev 10/2020